IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: ) | |
| ) | |
| Andy Baron Elliott ) | Case No. 21-30420 |
| ) | (Chapter 7) |
| and ) | |
| ) | |
| Sandra Leah Elliott, ) | |
| ) | |
| Debtors. ) | |
| _____) | |
| ) | |
| Gene W. Doeling, in his Official Capacity ) | |
| as Chapter 7 Trustee, ) | |
| ) | Adv. Case No. 24-07012 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Andy Baron Elliott ) | |
| ) | |
| and ) | |
| ) | |
| Sandra Leah Elliott, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION TO DISMISS

NOTICE IS HEREBY GIVEN that Andy Baron Elliott and Sandra Leah Elliott have filed a motion to dismiss this adversary proceeding. A copy of the application is being filed of even date with this notice.

NOTICE IS FURTHER GIVEN that written objections to the granting of the motion, if any, shall be filed with the Clerk of the United States Bankruptcy Court for the District of North Dakota, 655 1st Ave. N. Suite 210, Fargo, ND 58102-4932 within twenty-one (21) days from the date of the giving of this notice. Any objections not filed and served may be deemed waived.

*[Signature Block and Certificate of Service on Following Page]*

1

|  |  | Respectfully Submitted, |
|---|---|---|
| Dated: September 9, 2024 | By: | /s/ Maurice B. VerStandig |
|  |  | Maurice B. VerStandig, Esq. |
|  |  | The Dakota Bankruptcy Firm |
|  |  | 1630 1st Avenue N |
|  |  | Suite B PMB 24 |
|  |  | Fargo, North Dakota 58102-4246 |
|  |  | Phone: (701) 394-3215 |
|  |  | mac@dakotabankruptcy.com |
|  |  | *Counsel for the Defendants* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of September, 2024, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig