UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Bankruptcy No. 21-30420 |
| Andy Baron Elliott and<br>Sandra Leah Elliott,<br>      Debtors.<br>_____/ | Chapter 7 |
| Gene W. Doeling, *as Bankruptcy Trustee*,<br>      Plaintiff,<br>vs. | Adversary No. 24-07012 |
| Andy Baron Elliott,<br>Sandra Leah Elliott,<br>      Defendants.<br>_____/ | |

## NOTICE OF TELEPHONIC
## MID DISCOVERY STATUS CONFERENCE

NOTICE IS GIVEN that a Telephonic Mid Discovery Status Conference is scheduled for

**Wednesday, July 16, 2025, at 10:00 a.m.**

 *The deadline to file a letter or pleading outlining any concerns related to discovery is **July 2, 2025**.

 *The deadline to respond to any pleading outlining discovery concerns is **July 9, 2025**.

Please use the following instructions for the telephone conference:

Telephonic Conference Instructions:

1) Call **877-336-1839 (toll free)**
**2)** Enter the Participant Access Code **8843617**
**3)** Enter the Participant Security Code **4321**
4) After the security code is entered you will be connected into the conference.
5) Please identify yourself after you have joined the conference.

Dated: January 16, 2025.
            Kay A. Melquist, Clerk
            United States Bankruptcy Court
            Quentin N. Burdick United States Courthouse
            655 1st Avenue North, Suite 210
            Fargo, ND 58102-4932

            By: */s/ Sharon Horsager*
               Sharon Horsager, Deputy Clerk,

Copy served electronically January 16, 2025, to Electronic Mail Notice List for Adversary Case No. 24-7012.