IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Andy Baron Elliott | ) | Case No. 21-30420 |
| | ) | (Chapter 7) |
| and | ) | |
| | ) | |
| Sandra Leah Elliott, | ) | |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| Gene W. Doeling, in his Official Capacity as Chapter 7 Trustee, | ) | |
| | ) | |
| | ) | Adv. Case No. 24-07012 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Andy Baron Elliott, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO EXTEND TIME TO RESPOND TO PENDING DISCOVERY REQUESTS**

Comes now Andy Baron Elliott ("Mr. Elliott"), by and through undersigned counsel, pursuant to Federal Rule of Bankruptcy Procedure 9006, and moves this Honorable Court to extend the time for Mr. Elliott to respond to written discovery requests promulgated by Gene W. Doeling ("Mr. Doeling" or the "Trustee"), to and through May 1, 2025, and in support thereof states as follows:

Mr. Doeling propounded interrogatories and document requests upon Mr. Elliott on March 21, 2025, with responses thereto accordingly coming due on April 21, 2025. *See* Fed. R. Civ. P. 33(b)(2); Fed. R. Civ. P. 34(b)(2); Fed. R. Bankr. P. 9006(a)(2)(C). While some progress has been made working toward the production of answers and responses, additional work is needed— including substantive communications between Mr. Elliott and undersigned counsel.

1

Communication efforts, to date, have been hampered by scheduling issues (many of which are solely attributable to counsel). It is reasonably believed that, with an additional ten (10) days, full responses—with appropriate objections—can be furnished without issue.

Discovery in this case is not due to close until February 2, 2026. *See* DE #11 at ¶ 8. In light of this schedule, it is respectfully submitted that no prejudice will accrue to the Trustee's case, or his ability to diligently pursue discovery, if a brief extension of time is allowed.

This motion is filed out of an abundance of caution. Undersigned counsel wrote to Mr. Doeling on April 20, 2025 (which, to be sure, was Easter Sunday—a day on which Mr. Doeling would not even vaguely be expected to be monitoring e-mail), requesting the extension sought herein. While it is hoped the extension will be afforded without contention, this motion is nonetheless filed to preserve Mr. Elliott's rights and to ensure the lapsing of the deadline does not risk occasioning any arguments vis a vis the waiver of grounds of objection.

WHEREFORE, Mr. Elliott respectfully prays he be granted to and through May 1, 2025 to respond to the outstanding discovery requests, and for such other and further relief as may be just and proper.

Respectfully Submitted,

Dated: April 21, 2025    By:    /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for the Defendants*

[Certificate of Service on Following Page]

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of April, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig
