# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bky. Case No.: 21-30420 |
| | ) | Chapter 7 |
| Andy Baron Elliott and | ) | |
| Sandra Leah Elliott, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Gene W. Doeling as Bankruptcy Trustee, | ) | **STIPULATED ORDER** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Andy Baron Elliott and | ) | |
| Sandra Leah Elliott, | ) | |
| | ) | |
| Defendants. | ) | Adversary No. 24-07012 |
| | ) | |

[1]     The scheduling order in this case (Docket #11) requires that any motion to amend pleadings or add parties must be made no later than June 20, 2025. This Court previously entered an order (Docket #6) dismissing portions of the plaintiff's complaint. The Plaintiff/bankruptcy trustee has informed Defendants' counsel that Plaintiff intends to amend the complaint to address several, if not all, of the prior causes of action and perhaps add additional causes of action; but counsel agree that it may be more appropriate that some amount of discovery be completed before that event. The Defendants have responded to Plaintiff's discovery requests, but Plaintiff asserts that they are incomplete or inadequate. Additionally, the bankruptcy trustee has issued subpoenas to five entities with whom the debtors have had dealings during the Chapter 13 bankruptcy case, and six subpoenas to corporate entities in which the debtors had some interest during the Chapter 13 bankruptcy case, and those entities have not yet responded.

[2]     The parties, through their respective counsel, have agreed that the deadline to amend the pleadings should be extended to July 25, 2025. The parties further agree that dependent upon what may be discovered in the interim, either party may make an additional request to further extend that deadline.

[3]     THEREFORE, the parties respectfully request that the Court modify its scheduling order setting the deadline to move to join additional parties and/or move to amend pleadings to add claims or defense, including claims for exemplary damages, to July 25, 2025.

Dated: June 16, 2025

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, ND 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for the Defendants*

Dated: June 16, 2025

/s/ Kip M. Kaler
Kip M. Kaler (03757)
KD LAW, PLLP
Attorney for Plaintiff
3429 Interstate Blvd S
PO Box 9231
Fargo, ND  58106-9231
(701) 232-8757
kip@kdlawpartners.com

ORDER

[1]     The Court has considered the stipulation of the parties to modify the scheduling order, and finding that it is appropriate and reasonable, and THEREFORE,

[2]     It is the Order of the Court that the parties shall have until July 25, 2025 to move to join additional parties and/or to move to amend pleadings to add claims or defenses, including claims for exemplary damages.


Date:   _____          _____
                                        Shon Hastings, Judge
                                        United States Bankruptcy Court