UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Andy Baron Elliott and<br>Sandra Leah Elliott,<br><br>    Debtors.<br>_____/<br>Gene W. Doeling, *as Bankruptcy Trustee*,<br><br>    Plaintiff,<br><br>vs.<br><br>Andy Baron Elliott,<br>Sandra Leah Elliott,<br><br>    Defendants<br>_____/ | Bankruptcy No. 21-30420<br>Chapter 7<br><br><br><br><br><br><br><br>Adversary No. 24-07012 |

### AMENDED SCHEDULING AND DISCOVERY ORDER

1. The parties shall make Rule 26(a)(1) disclosures by **4/4/2025** [Summarize any agreements on the subject matter, timing and form of Rule 26(a)(a) disclosures, but do not submit the disclosures to the Court].

2. Jurisdiction of this Court is not disputed.

3. The parties shall have until **7/25/2025** to move to join additional parties and/or to move to amend pleadings to add claims or defenses, including claims for exemplary damages.

4. A mid-discovery status conference shall be held on **7/16/2025 at 10:00 a.m.**

5. Plaintiff shall have until **10/3/2025** to identify the subject matter/discipline of expert witnesses to be used at trial. The identification shall be served on other parties, but not filed with the Court.

6. Defendant shall have until **10/17/2025** to identify the subject matter/discipline of expert witnesses to be used at trial. The identification shall be served on other parties, but not filed with the Court.

7. The parties shall have until **11/14/2025** to provide the names and complete reports of expert witnesses required to provide written reports under Rule 26(a)(2). Reports shall be served on

other parties, but not filed with the Court. Counsel are reminded of their duty to timely supplement disclosures and discovery responses pursuant to Rule 26(e).

8. The parties shall have until **2/2/2026** to complete fact and expert discovery and to file discovery motions. No party shall be required to respond to any discovery request which falls due after this date.

9. Plaintiff is authorized to serve not more than 75 interrogatories on Defendants in this adversary proceeding. He may decide how to divide this number between Defendants. Likewise, Defendants are authorized to serve no more than 75 interrogatories on Plaintiff.

10. The parties shall have until **2/17/2026** to file dispositive motions (summary judgment as to all or part of the case).

11. Depositions taken for presentation at trial shall be completed at least **14** days before trial.

12. The estimated length of trial is **1-2** days.

**SO ORDERED.**

Dated: June 17, 2025.

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT