**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | Bankruptcy No. 21-30420 |
| Andy Baron Elliott,<br>Sandra Leah Elliott, | Chapter 7 |
| Debtors.<br>_____ / | |
| Gene W. Doeling, as Bankruptcy Trustee, | |
| Plaintiff, | |
| vs. | Adversary No. 24-07012 |
| Andy Baron Elliott,<br>Sandra Leah Elliott, | |
| Defendants.<br>_____ / | |

**ORDER GRANTING MOTION TO AMEND ADVERSARY COMPLAINT**

On July 25, 2025, Plaintiff Gene W. Doeling, Bankruptcy Trustee, filed a Motion to Amend Adversary Complaint. Doc. 25. Defendants did not respond to the motion. The Court finds that the amendment will cause no undue delay or prejudice to Defendants and the interests of justice are served by allowing the amendment. Therefore, **IT IS ORDERED** that the motion is **GRANTED**. The Plaintiff Trustee may file the Amended Adversary Complaint attached to his motion as Exhibit B.

Dated this 18th day of August, 2025.

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court