UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bky. Case No.: 21-30420 |
| | ) | Chapter 7 |
| Andy Baron Elliott, | ) | |
| Sandra Leah Elliott, | ) | |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| Gene W. Doeling as Bankruptcy Trustee, | ) | **AFFIDAVIT OF SERVICE** |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Andy Baron Elliott, | ) | |
| Sandra Leah Elliott, | ) | |
| | ) | |
| Defendants. | ) | Adversary No. 24-07012 |
| _____ | ) | |

I, Heather Christ, being first duly sworn and under oath, depose and say: I am of legal age, a citizen of the United States and not a party to the action herein; that on the 19th day of August, 2025, I served the following documents:

**AMENDED ADVERSARY COMPLAINT**

on the persons listed below by placing a true and correct copy of said documents in an envelope addressed as follows:

> Maurice B. VerStandig
> The Dakota Bankruptcy Firm
> 1630 1st Avenue N
> Suite B PMB 24
> Fargo, ND 58102-4246

and deposited same, with postage fully prepaid thereon, in the United States mail at Fargo, North Dakota, for delivery by the United States Post Office Department as directed on the envelope; that there is regular mail service between the place of mailing and the address as directed on the envelope.

_____
Heather Christ

Subscribed and sworn to before me this 19th day of August, 2025.

_____
NOTARY PUBLIC
Cass County, North Dakota

CHARITY GRUENEICH
Notary Public
State of North Dakota
My Commission Expires Oct. 22, 2026