United States Bankruptcy Court

District of North Dakota

Doeling,

      Plaintiff

Adv. Proc. No. 24-07012-skh

Elliott,

      Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 18, 2025 | Form ID: pdf2some | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Andy Baron Elliott, 1408 West Pheasant Ridge Dr, Watford City, ND 58854-7837 |
| dft | + | Sandra Leah Elliott, 1408 West Pheasant Ridge Dr, Watford City, ND 58854-7837 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2025           Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| GENE W. DOELING | on behalf of Plaintiff Gene W. Doeling gene@kaler-doeling.com  heather@kaler-doeling.com,mn20@ecfcbis.com |
| KIP M. KALER | on behalf of Plaintiff Gene W. Doeling kip@kdlawpartners.com  ND04@ecfcbis.com |
| Maurice VerStandig | on behalf of Defendant Andy Baron Elliott mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice VerStandig | on behalf of Defendant Sandra Leah Elliott mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |

District/off: 0868-3                          User: admin                                    Page 2 of 2
Date Rcvd: Aug 18, 2025                       Form ID: pdf2some                               Total Noticed: 2
TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:                                                    Bankruptcy No. 21-30420

Andy Baron Elliott,                                       Chapter 7
Sandra Leah Elliott,

               Debtors.
_____/

Gene W. Doeling, as Bankruptcy Trustee,

               Plaintiff,

      vs.                                                Adversary No. 24-07012

Andy Baron Elliott,
Sandra Leah Elliott,

               Defendants.
_____/

**ORDER GRANTING MOTION TO AMEND ADVERSARY COMPLAINT**

On July 25, 2025, Plaintiff Gene W. Doeling, Bankruptcy Trustee, filed a Motion to Amend Adversary Complaint. Doc. 25. Defendants did not respond to the motion. The Court finds that the amendment will cause no undue delay or prejudice to Defendants and the interests of justice are served by allowing the amendment. Therefore, **IT IS ORDERED** that the motion is **GRANTED**. The Plaintiff Trustee may file the Amended Adversary Complaint attached to his motion as Exhibit B.

Dated this 18th day of August, 2025.

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court