**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re:<br><br>Andy Baron Elliott,<br>Sandra Leah Elliott,<br><br>　　　　Debtors.<br>_____/ | Bankruptcy Case No. 21-30420<br><br>Chapter 7 |
| Gene W. Doeling, as Bankruptcy Trustee,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Andy Baron Elliott,<br>Sandra Leah Elliott,<br><br>　　　　Defendants.<br>_____/ | Adversary Case No. 24-07012 |

**NOTICE OF RETURNED MAIL**

**TO PLAINTIFF:**

　　You are notified that the Order Granting Motion to Amend Adversary Complaint (Doc. 26) mailed by this office to Defendant Sandra Leah Elliott has been returned undeliverable as addressed.  See attached BNC Noticing Center Notice.

　　We request the Plaintiff serve the returned document on the Defendant Sandra Leah Elliott at her current address and file a Certificate of Service updating the Defendant Sandra Leah Elliott's mailing address with the court.

　　　　　　　　　　　　　　　　　　　　　　Kay A. Melquist
　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court

Date issued:　September 17, 2025.　　　　　By: /s/ Shantel Jacobson
　　　　　　　　　　　　　　　　　　　　　　Shantel Jacobson, Deputy Clerk

| | |
|---|---|
| **From:** | USBankruptcyCourts@noticingcenter.com |
| **To:** | NDBml-BNC Admins |
| **Subject:** | U.S. Bankruptcy Court, District of North Dakota - Returned Mail Notice, In re: , Case Number: 24-07012, skh, Ref: [p-239590982] |
| **Date:** | Tuesday, September 16, 2025 3:38:55 PM |
| **Attachments:** | R_P32407012pdf2some0089.PDF |

**CAUTION - EXTERNAL:**

Notice of Returned Mail to Court - Adversary Proceeding

September 16, 2025

From: The Bankruptcy Noticing Center

Re:    Returned Mail Notice - Adversary Proceeding

In re: Doeling, Plaintiff
       Elliott, Defendant
       Adv. Proc. No. 24-07012 skh

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. This notification is being sent for appropriate processing as your court may determine.

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

Sandra Leah Elliott
1408 West Pheasant Ridge Dr
Watford City, ND 58854-7837

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | Bankruptcy No. 21-30420 |
| Andy Baron Elliott,<br>Sandra Leah Elliott, | Chapter 7 |
| Debtors.<br>_____/ | |
| Gene W. Doeling, as Bankruptcy Trustee, | |
| Plaintiff, | |
| vs. | Adversary No. 24-07012 |
| Andy Baron Elliott,<br>Sandra Leah Elliott, | |
| Defendants.<br>_____/ | |

**ORDER GRANTING MOTION TO AMEND ADVERSARY COMPLAINT**

On July 25, 2025, Plaintiff Gene W. Doeling, Bankruptcy Trustee, filed a Motion to Amend Adversary Complaint. Doc. 25.  Defendants did not respond to the motion. The Court finds that the amendment will cause no undue delay or prejudice to Defendants and the interests of justice are served by allowing the amendment. Therefore, **IT IS ORDERED** that the motion is **GRANTED**. The Plaintiff Trustee may file the Amended Adversary Complaint attached to his motion as Exhibit B.

Dated this 18th day of August, 2025.

<u>/s/ Shon Hastings</u>
Shon Hastings, Judge
United States Bankruptcy Court