## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bky. Case No.: 21-30420 |
| | ) | Chapter 7 |
| Andy Baron Elliott, | ) | |
| Sandra Leah Elliott, | ) | |
| | ) | |
| Debtors. | ) | |
| ———————————————— | ) | |
| | ) | |
| Gene W. Doeling as Bankruptcy Trustee, | ) | **NOTICE OF DEPOSITION** |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Andy Baron Elliott, | ) | |
| Sandra Leah Elliott, | ) | |
| | ) | |
| Defendants. | ) | Adversary No. 24-07012 |
| ———————————————— | ) | |

TO:     Sandra Leah Elliott and her attorney of record.

Pursuant to Rule 30 of the Federal Rules of Civil Procedure, the attorney for the Plaintiff Bankruptcy Trustee will take the deposition of Sandra Leah Elliott beginning at 9:00 a.m. on September 26, 2025 at KD Law Office, 3429 Interstate Blvd. S, Fargo, ND 58103. The deposition will be taken before an officer authorized to administer the oath and take testimony and will continue until completed.

Dated this 23rd day of September, 2025.

Kip M. Kaler (ND Atty. #03757)
KD LAW, PLLP
Attorney for Plaintiff
3429 Interstate Blvd. S.
P.O. Box 9231
Fargo, ND  58106-9231
(701) 232-8757
kip@kdlawpartners.com