# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Andy Baron Elliott and<br>Sandra Leah Elliott,<br><br>　　　　　　　　　　Debtors.<br>_____/<br>Gene W. Doeling, *as Bankruptcy Trustee,*<br>　　　　　　　　　　Plaintiff,<br>　　vs.<br><br>Andy Baron Elliott,<br>Sandra Leah Elliott,<br><br>　　　　　　　　　　Defendants.<br>_____/ | Bankruptcy No. 21-30420<br>Chapter 7<br><br><br><br><br><br>Adversary No. 24-07012<br><br><br><br><br>**NOTICE OF TELEPHONIC HEARING** |

Please take note that the Court will hold a telephonic hearing on **Tuesday, October 21, 2025, at 2:00 PM (CST)** to consider and act upon the following matters:

**Motion by Defendants for Entry of a Protective Order filed September 25, 2025. (Doc. 32)**

**Response by Plaintiff, Gene Doeling, to Defendant's Motion for Entry of a Protective Order filed September 30, 2025. (Doc. 33)**

Please use the following instructions for the phone conference:

**Telephonic Conference Instructions:**
1) Call **701-297-7116**
2) Enter the Meeting ID **16121907752#**
3) Press **#** again when prompted for a Participant ID
4) Enter Passcode: **529952**
5) Please identify yourself after you have joined the conference.

**NOTE: Parties appearing by telephone are not permitted to offer evidence or cross-examine witnesses at the hearing without Court approval and the opposing parties' consent.** *If a party believes it will benefit by offering evidence at the hearing, the party may file exhibits or affidavits on the docket. (If you plan to use schedules or other documents previously filed, please do NOT file the previously docketed document again.) The docket number will serve as the exhibit number. The Court will consider each party's request to offer exhibits at the hearing. If a question of fact arises at the hearing, the Court may continue the hearing and reschedule it as a video conference or an in-person conference. The parties are encouraged to stipulate to facts to avoid the need for numerous hearings.*

Dated: October 1, 2025.　　　　　　　Kay A. Melquist, Clerk
　　　　　　　　　　　　　　　　　　United States Bankruptcy Court
　　　　　　　　　　　　　　　　　　Quentin N. Burdick United States Courthouse
　　　　　　　　　　　　　　　　　　655 1st Avenue North, Suite 210
　　　　　　　　　　　　　　　　　　Fargo, ND 58102-4932

　　　　　　　　　　　　　　　By:　*/s/ Sharon Horsager*
　　　　　　　　　　　　　　　　　　Sharon Horsager, Deputy Clerk

Copy served electronically October 1, 2025, to Electronic Mail Notice List for Adversary Case No. 24-7012.