# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bky. Case No. 21-30420 |
| Andy Baron Elliott, Sandra Leah Elliott, | ) ) ) | Chapter 7 |
| Debtors. | ) | |
| Gene W. Doeling as Bankruptcy Trustee, | ) ) | |
| Plaintiff, | ) ) | **NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY** |
| v. | ) ) | |
| Andy Baron Elliott, Sandra Leah Elliott, | ) ) ) | |
| Defendants. | ) | Adversary No. 24-07012 |

Kip M. Kaler, on behalf of the Plaintiff/Trustee respectfully requests that the Court issue an order compelling discovery as to the Defendants Andy Baron Elliott and Sandra Leah Elliott.

The Plaintiff served discovery requests upon the Defendant on or about March 21, 2025. On about May 1, 2025, the Defendants served their Responses, Objections and Answers to Interrogatories and Requests for Production.

The Trustee deemed the Defendants' Discovery Responses to be insufficient and, on or about May 21, 2025, the Trustee, by and through his counsel, sent a letter to the Defendants' counsel, outlining the issues with the Defendants' Discovery Responses.

On or about June 26, 2025, the Defendants were served with Plaintiff's Interrogatories and Request for Production of Documents (Set #2). On or about July 28, 2025, the Defendants served their Responses, Objections and Answers to Second Interrogatories and Requests for Production.

The Trustee similarly deemed the Defendants' Discovery Responses (Set #2) to be insufficient and, on or about August 14, 2025, the Trustee, by and through his counsel, sent a letter to the Defendants' counsel, outlining the continued issues with the Defendants' Discovery Responses.

The Plaintiff requests that the Court issue an order compelling the Defendant to provide answers and responses to discovery as set forth in the prayer for relief and accompanying memorandum.

WHEREFORE, the Plaintiff requests an Order of the Court as follows:

a. Compelling the Defendants to fully respond to Interrogatories ##4, 5, 12, and 18-21, and directly respond to the Requests for Production of Documents by specifically identifying those documents responsive to Requests ##1-16 and 18-25, or directly state they have no documents responsive to the Request.

b. Requiring that the Defendants fully responded as required within the next 7 days and that in the event of failure to do so, the Court strike Defendants' answer and issue default judgment on the pleadings.

c. The imposition of sanctions including award of attorney fees and costs incurred in making this motion.

Dated this  17  day of October, 2025

/s/ Kip M. Kaler
Kip M. Kaler (ND Atty. #03757)
KD Law, PLLP
Attorney for Plaintiff
3429 Interstate Blvd. S.
P.O. Box 9231
Fargo, ND 58106-9231
(701) 232-8757
kip@kdlawpartners.com

**NOTICE OF MOTION:** Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney if you have one. Any objections to this motion must be made within 14 days of this date with an original filed with the Clerk of Bankruptcy Court and copies served upon the Bankruptcy Trustee and United States Trustee at the addresses stated below. Failure to timely respond to this motion will be deemed a waiver of any objections and the Court will grant such relief as it deems appropriate.