UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bky. Case No. 21-30420 |
| Andy Baron Elliott, | ) | Chapter 7 |
| Sandra Leah Elliott, | ) | |
|        Debtors. | ) | |
| | | |
| Gene W. Doeling as Bankruptcy Trustee, | ) | |
|        Plaintiff, | ) | **CERTIFICATE OF SERVICE** |
| v. | ) | |
| Andy Baron Elliott, | ) | |
| Sandra Leah Elliott, | ) | Adversary No. 24-07012 |
|        Defendants. | ) | |

    I, Heather Christ, being first duly sworn and under oath, depose and say: I am of legal age, a citizen of the United States and not a party to the action herein; that on the 17th day of October, 2025, I served the following documents:

**NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY, MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DISCOVERY, AFFIDAVIT OF KIP M. KALER, and EXHIBITS**

on the persons listed below to the email addresses given:

    Maurice B. VerStandig                           Christianna Cathcart
    mac@dakotabankruptcy.com               christianna@dakotabankruptcy.com

    I declare under penalty of perjury under the laws of North Dakota and the United States of America that the foregoing is true and correct.

                                                                           _/s/ Heather Christ_
                                                                            Heather Christ

    Subscribed and sworn to before me this 17th day of October, 2025.

CHARITY GRUENEICH
Notary Public
State of North Dakota
My Commission Expires Oct. 22, 2026

                                                     _/s/ Charity Grueneich_
                                                     NOTARY PUBLIC
                                                     Cass County, North Dakota