### IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Andy Baron Elliott and<br>Sandra Leah Elliott,<br><br>                Debtors.<br>_____/<br>Gene W. Doeling, *as Bankruptcy Trustee*,<br><br>                Plaintiff,<br><br>      vs.<br><br>Andy Baron Elliott,<br>Sandra Leah Elliott,<br><br>                Defendants.<br>_____/ | Bankruptcy No. 21-30420<br>Chapter 7<br><br><br><br><br><br><br><br><br>Adversary No. 24-07012 |

Debtors/Defendants Andy Baron Elliott and Sandra Leah Elliott filed a Motion for Entry of a Protective Order, seeking an order "protecting Ms. Elliott from the burden and expense of appearing for an in-person deposition in Fargo, North Dakota." Plaintiff/Trustee Gene W. Doeling opposed the motion. The Court held hearings on this matter on October 21 and 23, 2025. For the reasons stated on the record at the hearings, IT IS ORDERED that:

1. The Motion for Entry of a Protective Order is granted with conditions.

2. The Trustee agreed to take Debtor/Defendant Sandra Leah Elliott's deposition using Zoom videoconference technology.

3. Before the deposition, Ms. Elliott must secure all equipment and internet access necessary to arrange for clear video and audio transmission.

4. The deposition will take place in a quiet room where no one but Ms. Elliott is present (unless her attorney elects to join Ms. Elliott in person rather than appearing by video conference).

5. The parties agree to make arrangements to transmit all exhibits through the video conference technology unless the parties make arrangements, in advance, to provide the exhibits to Ms. Elliott to consider during the deposition.

6. The Trustee will take Ms. Elliott's deposition at a date and time convenient to both parties.

Dated: October 23, 2025.

*Shon Hastings*

Shon Hastings, Judge
United States Bankruptcy Court