UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Andy Baron Elliott and<br>Sandra Leah Elliott,<br><br>                     Debtors.<br>_____/<br>Gene W. Doeling, *as Bankruptcy Trustee*,<br><br>                     Plaintiff,<br><br>    vs.<br><br>Andy Baron Elliott,<br>Sandra Leah Elliott,<br><br>                     Defendants.<br>_____/ | Bankruptcy No. 21-30420<br>Chapter 7<br><br><br><br><br><br><br><br><br><br>Adversary No. 24-07012 |

## ORDER RESCHEDULING
## FINAL PRETRIAL CONFERENCE

Due to a scheduling conflict with the Court, the final pretrial conference currently scheduled for Tuesday, April 14, 2026, at 10:00 a.m. is rescheduled to begin at **9:30 a.m. on Tuesday, April 14, 2026**. **Please use the following phone instructions:**

Telephonic Conference Instructions:

**1**) Call **701-297-7116**
**2**) Enter the Meeting ID **16121907752#**
**3**) Press **#** again when prompted for a Participant ID
**4**) Enter Passcode **529952**
**5**) Please identify yourself after you have joined the conference.

Dated: February 5, 2026.

*/s/ Shon Hastings*

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT

Copy served electronically February 5, 2026, to Electronic Mail Notice List for Adversary No. 24-7012.