**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | Bky. Case No. 21-30420 |
| | Chapter 7 |
| Andy Baron Elliott, | |
| Sandra Leah Elliott, | |
|        Debtors. | |
| _____/ | |
| Gene W. Doeling as Bankruptcy Trustee, | Adversary No. 24-07012 |
|        Plaintiff, | |
|    v. | |
| Andy Baron Elliott, | |
| Sandra Leah Elliott, | |
|        Defendants. | |
| _____/ | |

**JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that:

1.  Judgment is entered in favor of Gene W. Doeling, Trustee of the Andy Baron Elliott and Sandra Leah Elliott Bankruptcy Estate, and against Debtor Andy Baron Elliott in the sum of $100,000.00.

2.  Debtor Andy Baron Elliott is denied a discharge under 11 U.S.C. §§ 727(a)(2), (3), (4) and (6).

Dated this 26th day of March, 2026.

*Shon Hastings*

Shon Hastings, Judge
United States Bankruptcy Court